# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**COHEN JAMES DAVIS**                                              **PETITIONER**
**ADC #161199**

V.                          CASE NO. 5:17-CV-268-BD

**WENDY KELLEY, Director,**                                        **RESPONDENT**
**Arkansas Department of Correction**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED, this 2nd day of March, 2018.

_____
UNITED STATES MAGISTRATE JUDGE